## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LEE MADDEN                                                                                                          PLAINTIFF
ADC #136534

v.                                   No. 5:10CV00215 JLH/JTR

THOMAS DEEN, Prosecuting Attorney,
Tenth Judicial District, et al.                                                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Appointment of Counsel (docket entry #4) is DENIED, AS MOOT.

2. The case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).

3. If Plaintiff wishes to continue with this case, he must, **within thirty days of the entry of this Order**: (a) pay the $350 filing fee in full; and (b) file a Motion to Reopen the case.

4. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE