# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LEE MADDEN                                                                                                  PLAINTIFF
ADC #136534

v.                                          No. 5:10CV00215 JLH/JTR

THOMAS DEEN, Prosecuting Attorney,
Tenth Judicial District, et al.                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 30th day of August, 2010.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE